```
120 South Lynnhaven Partners LLC
120 S Lynnhaven Rd Ste 204
Virginia Beach, VA 23452


American Express
200 Vesey St
New York, NY 10285


American Tax Savings, LLC
8911 N Capital of Texas Hwy Ste 1105
Austin, TX 78759


Associates of Boca Raton Inc
d/b/a Re/Max Advantage Plus
601 S Federal Hwy
Boca Raton, FL 33432


Betty Kahn
5080 PGA Blvd
Palm Beach, FL 33418-8000


C T Corporation System
330 N Brand Blvd Ste 700
Glendale, CA 91203


Carlton Bennett
529 Bushnell Drive
Virginia Beach, VA 23451


Chad Ingram Edge Realty LLC
d/b/a The Edge Realty LLC
120 S Lynnhaven Rd Ste 204
Virginia Beach, VA 23452


Chartway Credit Union
3841 Holland Rd
Virginia Beach, VA 23452


Dell Financial Services L.L.C.
1 Dell Way
Round Rock, TX 78682-7000
```

Elizabeth River Tunnels  
c/o CCS Collection  
725 Canton Street  
Norwood, MA 02062  

GMAC  
801 Cherry Street Ste 3900  
Fort Worth, TX 76102  

Guardian Hawk Security  
1189 Hypoluxo Rd  
Lake Worth, FL 33462  

James S. Telepman, Esq.  
Cohen Norris Wolmer Ray  
712 U Hwy One, Ste 400  
North Palm Beach, FL 33408  

Jet Harbor Inc.  
2860 NW 59th St  
Fort Lauderdale, FL 33309  

Law Office of Michael A. Kaufman, P.A.  
1615 Forum Place Ste 3A  
West Palm Beach, FL 33401  

Linda and Alan Innella  
4226 West Main St  
Jupiter, FL 33458  

Mikhail Kantius, MD  
84-01 Midland Pkwy  
Jamaica Estates, NY 11432  

Mr Advance  
35-12 19th Ave Ste 3W  
Astoria, NY 11105  

Nathan Capital, LLLP  
1401 NW 136th Ave, Ste 400  
Fort Lauderdale, FL 33323  

Oast & Taylor  
277 Bendix Rd Ste 400  
Virginia Beach, VA 23452

On Deck Capital, Inc.  
1400 Broadway Fl 25  
New York, NY 10018

People's United Bank/Libertas Funding  
411 W Putnam Ave Ste 2200  
Greenwich, CT 06830

Premier Financial Services  
PO Box 2000  
North Sioux City, SD 57049

Prosperum Capital Partners LLC  
d/b/a Arsenal Funding  
8 W 36th St, 7 Fl  
New York, NY 10018

Robert Crabb  
90 Raymond Road  
Chester, NH 03036

Silverline Services Inc.  
265 Sunrise Highway Ste 236  
Rockville Centre, NY 11570

Southern Bank  
116 E Main St  
Mount Olive, NC 28365

Stephen Crabb  
5136 Langston Road  
Virginia Beach, VA 23464

Steven Miller Law  
4450 NW 126th Ave Ste 101  
Pompano Beach, FL 33065

Tara Gallagher and Julien Korn  
1442 Clydesdale Ave  
Wellington, FL 33414

Towne Bank  
c/o Elan Financial Services  
PO Box 790408  
Saint Louis, MO 63179

Truist Financial
214 N Tryon St Ste 3
Charlotte, NC 28202

Wells Fargo
420 Montgomery St
San Francisco, CA 94104

# United States Bankruptcy Court
## Southern District of Florida

In re  **Jonathan Chadwick Ingram** _____  Case No. **24-11602-EPK**

Debtor(s)    Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 20, 2024** _____

_____
**Jonathan Chadwick Ingram**
Signature of Debtor