| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | Jonathan Chadwick Ingram |
| United States Bankruptcy Court for the: | Southern District of Florida (State) |
| Case number: | 24-11602-EPK |

**Official Form 426**

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of March 25, 2024 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Jonathan Chadwick Ingram holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| 120 South Lynnhaven Partners LLC | 33.3% | 1 |
| Chad Ingram Edge Realty FL, LLC | 100% | 2 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Official Form 426          **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**          page **1**

Debtor Name    Jonathan Chadwick Ingram _____    Case number  24-11602-EPK _____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the *penalty of perjury* that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✖ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
      MM / DD / YYYY

**For individual Debtors:**

✖ _____
Signature of Debtor 1

Jonathan Chadwick Ingram _____
Printed name of Debtor 1

Date 3 27 2024
      MM / DD / YYYY

✖ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
      MM / DD / YYYY

Debtor Name   Jonathan Chadwick Ingram _____          Case number___24-11602-EPK_____

**Exhibit A: Financial Statements for 120 South Lynnhaven Partners LLC**

Debtor Name   Jonathan Chadwick Ingram _____     Case number  24-11602-EPK _____

---

**Exhibit A-1: Balance Sheet for 120 South Lynnhaven Partners LLC as of 12/31/2022**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Balance sheet ending as of 12/31/2022 provided. Balance sheet for the 3-month period of current fiscal year and end of preceding fiscal year currently being prepared.

11:55 AM

06/21/23

Cash Basis

# 120 S Lynnhaven Partners LLC
# Balance Sheet
## As of December 31, 2022

|  | Dec 31, 22 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking at Southern Bank#4363 | 78.81 |
| **Total Checking/Savings** | 78.81 |
| **Other Current Assets** | |
| **Loans To Shareholders** | |
| 52 Juliet (#3571) - Outgoing | 2,055.45 |
| Edge Realty (#3598) - Outgoing | 6,526.00 |
| Loans To Shareholders - Other | 875.00 |
| **Total Loans To Shareholders** | 9,456.45 |
| **Total Other Current Assets** | 9,456.45 |
| **Total Current Assets** | 9,535.26 |
| **Fixed Assets** | |
| Accumulated Depreciation | (134,928.00) |
| **Real Estate** | |
| Buildings | 756,288.00 |
| Land | 252,096.00 |
| **Total Real Estate** | 1,008,384.00 |
| **Total Fixed Assets** | 873,456.00 |
| **TOTAL ASSETS** | **882,991.26** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Loans From Shareholders** | |
| Misc. Loans (deposits) | 14,656.30 |
| **Total Loans From Shareholders** | 14,656.30 |
| **Total Other Current Liabilities** | 14,656.30 |
| **Total Current Liabilities** | 14,656.30 |
| **Long Term Liabilities** | |
| NP - 2nd Deed of Trust | 98,240.75 |
| NP - Janice Williams | 74,870.09 |
| NP - Paul Oberdorfer | 99,346.85 |
| NP - Southern Bank (#0110) | 526,481.54 |
| **Total Long Term Liabilities** | 798,939.23 |
| **Total Liabilities** | 813,595.53 |
| **Equity** | |
| Equity - 52 Juilet LLC | 11,284.00 |
| Equity -Darden Associates, LLC | 9,646.00 |
| Retained Earnings | 14,095.19 |
| Net Income | 34,370.54 |
| **Total Equity** | 69,395.73 |
| **TOTAL LIABILITIES & EQUITY** | **882,991.26** |

Debtor Name   Jonathan Chadwick Ingram

Case number  24-11602-EPK

**Exhibit A-2: Statement of Income (*Loss*) for 120 South Lynnhaven Partners LLC for period ending 12/31/2022**

[Provide a statement of income (*loss*) for the following periods:

  (i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

  (ii) For subsequent reports, since the closing date of the last report.

  Describe the source of this information.]

Profit and loss sheet ending as of 12/31/2022 provided. Balance sheet for the 3-month period of current fiscal year and end of preceding fiscal year currently being prepared.

11:55 AM

06/21/23

Cash Basis

# 120 S Lynnhaven Partners LLC
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 128,353.69 |
| **Total Income** | 128,353.69 |
| **Expense** | |
| Bank Service Charges | 1,190.00 |
| Depreciation Expense | 19,391.00 |
| Insurance Expense | 3,816.76 |
| **Interest Expense** | |
| Bennett Interest | 5,907.00 |
| Oberdorfer Interest | 1,666.64 |
| Williams Interest | 3,375.00 |
| Interest Expense - Other | 22,660.53 |
| **Total Interest Expense** | 33,609.17 |
| Legal Fees | 425.00 |
| **Repairs and Maintenance** | |
| Building repairs | 230.00 |
| Cleaning | 5,675.00 |
| Grounds maintenance | 5,100.00 |
| Repairs and Maintenance - Other | 105.00 |
| **Total Repairs and Maintenance** | 11,110.00 |
| Taxes - Property | 5,540.44 |
| Utilities | 18,900.78 |
| **Total Expense** | 93,983.15 |
| **Net Ordinary Income** | 34,370.54 |
| **Net Income** | **34,370.54** |

Debtor Name   Jonathan Chadwick Ingram_____          Case number   24-11602-EPK_____

---

**Exhibit A-3: Statement of Cash Flows for 120 South Lynnhaven Partners LLC for period ending N/A**

[Provide a statement of changes in cash position for the following periods:

  (i) For the initial report:

     a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
     the current fiscal year; and

     b. the prior fiscal year.

  (ii) For subsequent reports, since the closing date of the last report.

  Describe the source of this information.]


N/A

Debtor Name    Jonathan Chadwick Ingram                                              Case number  24-11602-EPK

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for 120 South Lynnhaven Partners LLC for period ending** N/A

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

N/A

Debtor Name   Jonathan Chadwick Ingram _____     Case number 24-11602-EPK _____

## Exhibit B: Description of Operations for 120 South Lynnhaven Partners LLC

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

The Debtor is a 33.3% owner of 120 South Lynnhaven Partners LLC, which owns commercial real property located at 120 South Lynnhaven Road, Virginia Beach, VA 23452 (the "Property"). The Property generates monthly rental income of approximately $9,274.84 from seven (7) tenants and is encumbered by a first mortgage held by Southern Bank in the amount of approximately $700,000.00 and a credit line held by Carlton Bennett in the amount of approximately $100,000.00.

Debtor Name   Jonathan Chadwick Ingram                                              Case number  24-11602-EPK

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]


N/A

Debtor Name  Jonathan Chadwick Ingram

Case number  24-11602-EPK

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

N/A

Debtor Name    Jonathan Chadwick Ingram

Case number  24-11602-EPK

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

N/A

Debtor Name   Jonathan Chadwick Ingram                                              Case number   24-11602-EPK

**Exhibit A: Financial Statements for Chad Ingram Edge Realty FL, LLC**

Debtor Name   Jonathan Chadwick Ingram                                              Case number   24-11602-EPK

---

**Exhibit A-1: Balance Sheet for Chad Ingram Edge Realty FL, LLC as of N/A**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

N/A

Debtor Name  Jonathan Chadwick Ingram

Case number  24-11602-EPK

**Exhibit A-2: Statement of Income (*Loss*) for Chad Ingram Edge Realty FL, LLC for period ending N/A**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

N/A

Debtor Name   Jonathan Chadwick Ingram                                    Case number   24-11602-EPK

**Exhibit A-3: Statement of Cash Flows for Chad Ingram Edge Realty FL, LLC for period ending N/A**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


N/A

Debtor Name __Jonathan Chadwick Ingram_____    Case number__24-11602-EPK_____

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Chad Ingram Edge Realty FL, LLC for period ending** N/A

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

N/A

Debtor Name  Jonathan Chadwick Ingram

Case number 24-11602-EPK

**Exhibit B: Description of Operations for Chad Ingram Edge Realty FL, LLC**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

The Debtor is a 100% owner of Chad Ingram Edge Realty FL, LLC, which is not operating at this time, but is still open with the Florida Department of State Division of Corporations. The Debtor re-opened Chad Ingram Edge Realty FL, LLC solely to purchase the Cadillac listed on the Debtor's Schedules.

Debtor Name   Jonathan Chadwick Ingram                                      Case number  24-11602-EPK

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]


N/A

Debtor Name   Jonathan Chadwick Ingram

Case number   24-11602-EPK

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

N/A

Debtor Name   Jonathan Chadwick Ingram

Case number  24-11602-EPK

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

N/A