UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 24-11602-EPK

JONATHAN CHADWICK INGRAM,                Chapter 11

    Debtor.
_____/

## DEBTOR'S FIRST OMNIBUS OBJECTIONS TO CLAIMS

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

    **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

    **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Jonathan Chadwick Ingram (the "Debtor") objects to the following claims filed or scheduled in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-1 | AmeriCredit Financial Services, Inc. dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | $26,227.61 | This filed claim was filed as a secured claim in the amount of $26,227.61 against the 2020 Cadillac XT4 owned by Chad Ingram Edge Realty, LLC. However, as the property is owned by Chad Ingram Edge Realty, LLC, the Debtor is at most a guarantor for the underlying retail installment sale contract.<br><br>Accordingly, the claimant for the |

_____

LSS Law
Miami | Fort Lauderdale

| | | | |
|---|---|---|---|
| | | | purposes of the bankruptcy case of the Debtor should be considered as an unsecured creditor of the Debtor. Pursuant to Claim 1-1, the value of the motor vehicle on the petition date was $26,227.61 and the amount of the claim that is unsecured was $0.00. As such, Claim 1-1 should be reclassified as an allowed unsecured claim in the amount of $0.00 with no distribution. |
| 2-1 | Betty Khan<br>12255 Orange Blvd.<br>West Palm Beach, FL 33412 | $2,322,271.26 | This filed claim was filed as a priority claim for alleged amounts of unpaid commissions due to Claimant from Re/Max 1st Choice / RE/MAX Advantage Plus with treble damages added on as of the Petition Date[1]. For clarity, the Debtor does not dispute that he purchased Re/Max 1st Choice in 2019 and rebranded as RE/MAX Advantage Plus.<br><br>The Debtor objects to the $2,322,271.26 claimed amount of unpaid commissions and treble damages as of the Petition Date. The Debtor disputes that the claimant is owed any commissions at all from his former real estate brokerage, let alone any entitlement to treble damages or entitlement to be treated as a priority creditor.<br><br>Even assuming arguendo that any commissions are owed to the claimant from RE/MAX Advantage, the documentation attached to Claim 2-1 by the claimant has not established any personal liability for the Debtor for the claimed amounts and even if the Court determines claimant has established personal liability to the Debtor, the claim is incorrectly classified as priority and at most, the Claimant would be entitled to only a general unsecured claim in the amount of $774,090.43. As such, Claim 2-1 should be stricken and disallowed in its entirety. |
| 7-1 | Southern Bank & Trust Co<br>403 Boush Street | $727,254.25 | This filed claim was filed as a secured claim in the amount of $727,254.25 |

---

[1] The claimed commissions owed are $774,090.43. The claim amount of $2,322,271.29 is based on a claim for treble damages added to the claimed commission amounts.

_____

| | | | |
|---|---|---|---|
| | Norfolk, VA 33143 | | against the real property located at 120 S Lynnhaven Road, Virginia Beach, VA 23452 owned by 120 South Lynnhaven Partners LLC. However, as the property is owned by 120 South Lynnhaven Partners LLC, the Debtor is simply a guarantor for the underlying commercial guarantee associated with the promissory note and deed of trust provided by 120 South Lynnhaven Partners LLC.<br><br>Accordingly, the claimant for the purposes of the bankruptcy case of the Debtor should be considered as an unsecured creditor of the Debtor. Pursuant to Claim 7-1, the value of the property on the petition date was $1,256,700.00 and the amount of the claim that is unsecured was $0.00. As such, Claim 7-1 should be reclassified as an allowed unsecured claim in the amount of $0.00 with no distribution. |
| 15-1 | Stephen Crabb<br>913 Verano Ct.<br>Virginia Beach, VA 23456 | $40,000.00 | This filed claim is for alleged amounts due to claimant for "money loaned", however the claimant did not attach any documentation in support of his entitlement to the amounts claimed as required by Rule 3001(c) of the Federal Rules of Bankruptcy Procedure. As such, Claim 15-1 should be stricken and disallowed in its entirety. |
| 16-1 | Robert Crabb<br>90 Raymond Road<br>Chester, NH 03036 | $100,000.00 | This filed claim is for alleged amounts due to claimant for "money loaned", however the claimant did not attach any documentation in support of his entitlement to the amounts claimed as required by Rule 3001(c) of the Federal Rules of Bankruptcy Procedure. As such, Claim 16-1 should be stricken and disallowed in its entirety. |
| 17-2 | Silverline Services, Inc.<br>65 Sunrise Highway, Ste 236<br>Rockville Centre, NY 11570 | $150,539.02 | This filed claim was filed as a secured claim in the amount of $150,539.02 based on an "agreement for the sale of future receivables" and lists the basis for perfection for its secured status as "UCC financing statement". However, the documents the claimant attached to its claim do not give the claimant a security interest in the assets of the Debtor. The UCC-1 |

| | | | |
|---|---|---|---|
| | | | attached to the claim lists only Associates of Boca Raton and REMAX Advantage Plus and covers the following collateral: "certain future receivables sold by said business seller". The Debtor did sign a personal guarantee for the sale of the future receivables and as such scheduled the claimant as an unsecured creditor.<br><br>However, the claimant already filed an unsecured claim at Claim 5-1 for the same underlying merchant and security agreement attached to Claim 17-2. The unsecured amounts claimed by Silverline Services, Inc. in Claim 5-1 are not opposed by the Debtor. As such, Claim 17-2 is duplicative of Claim 5-1 and should be stricken and disallowed in its entirety. |

Dated: May 20, 2024

LSS LAW
Attorneys for the Debtor
2 S Biscayne Blvd., Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447

By:_____/s/_____
CHRISTIAN SOMODEVILLA
Florida Bar No. 59539
cs@lss.law

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on May 20, 2024 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to all parties on the attached Manual Notice List.

By:_____/s/_____
Christian Somodevilla

_____
LSS Law
Miami | Fort Lauderdale

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

Betty Khan
12255 Orange Blvd.
West Palm Beach, FL 33412

Southern Bank & Trust Co
403 Boush Street
Norfolk, VA 33143

Stephen Crabb
913 Verano Ct.
Virginia Beach, VA 23456

Robert Crabb
90 Raymond Road
Chester, NH 03036

Silverline Services, Inc.
65 Sunrise Highway, Ste 236
Rockville Centre, NY 11570