

**ORDERED in the Southern District of Florida on July 9, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 24-11602-EPK |
| JONATHAN CHADWICK INGRAM, | Chapter 11 |
| Debtor. | |
| _____/ | |

### ORDER SUSTAINING IN PART
### DEBTOR'S FIRST OMNIBUS OBJECTIONS TO CLAIMS

THIS MATTER having been considered without hearing upon the Debtor's First Omnibus Objections to Claims [ECF No. 72] (the "Objection"), and the objector by submitting this form order having represented that the Objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the Objection, and that the relief to be granted in this order is the identical relief requested in the Objection, and this court having considered the basis for the Objection to the claims, it is

**ORDERED** as follows:

1. Claim 1-1 of AmeriCredit Financial Services, Inc. dba GM Financial, which was filed

as a secured claim, is hereby reclassified as an allowed unsecured claim in the amount of $0.00 with no distribution.

      2.      Claim 17-2 of Silverline Services, Inc., which was filed as a secured claim, is hereby stricken and disallowed in its entirety.

###

**Submitted by:**

Christian Somodevilla, Esq.
LSS Law
2 S Biscayne Blvd., Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447
cs@lss.law

**Copies furnished to:**

Christian Somodevilla, Esq.

Attorney Somodevilla is directed to serve copies of this order on all interested parties and to file a certificate of service.