

**ORDERED in the Southern District of Florida on July 11, 2024.**

Erik P. Kimball
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **CASE NO.: 24-11602-EPK** |
| | **Chapter 11** |
| **JONATHAN CHADWICK INGRAM,** | |
| Debtor. | |
| _____/ | |

### ORDER SETTING EVIDENTIARY HEARING

**THIS MATTER** came before the Court for preliminary hearing on July 10, 2024 upon the objection to the claim of Betty Khan [ECF No. 72] (the "Objection") filed by Jonathan Chadwick Ingram (the "Debtor") and response [ECF No. 97] to the Objection filed by Betty Khan. For the reasons stated on the record, the Court **ORDERS** that:

1. The Court will hold an evidentiary hearing on the Objection [ECF No. 72] to the claim of Betty Khan at **9:30 a.m. on August 26, 2024**, in Courtroom B, United States Bankruptcy Court, The Flagler Waterview Building, 8th Floor, 1515 North Flagler Drive, West Palm Beach, Florida 33401.

2. All discovery shall be completed no later than August 15, 2024. The Court will allow discovery after that date only upon a showing of good cause and exceptional circumstances or agreement between the parties.

###

Copies Furnished To:

Zach B Shelomith, Esq.

*Zach B Shelomith, Esq. is directed to serve a copy of this Order on all appropriate parties and to file a certificate of service with the Clerk of Court.*