

**ORDERED in the Southern District of Florida on July 18, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 24-11602-EPK |
| JONATHAN CHADWICK INGRAM, | Chapter 11 |
| Debtor.<br>_____/ | |

### ORDER DENYING
### DEBTOR'S FIRST OMNIBUS OBJECTIONS TO CLAIMS

THIS MATTER came on before the Court on July 10, 2024 at 1:30 p.m., upon the Debtor's First Omnibus Objections to Claims [ECF No. 72] (the "Objection"), and this court having considered the basis for the Objection to the claims and hearing from Debtor's counsel, it is

**ORDERED** as follows:

1. The Debtor's Objection is overruled as to Claim 15-1 of Stephen Crabb. Claim 15-1 shall be allowed as a general unsecured claim in the amount of $40,000.00.

2. The Debtor's Objection is overruled as to Claim 16-1 of Robert Crabb. Claim 16-1 shall be allowed as a general unsecured claim in the amount of $100,000.00.

###

**Submitted by:**

Christian Somodevilla, Esq.
LSS Law
2 S Biscayne Blvd., Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447
cs@lss.law

**Copies furnished to:**

Christian Somodevilla, Esq.

Attorney Somodevilla is directed to serve copies of this order on all interested parties and to file a certificate of service.