

ORDERED in the Southern District of Florida on July 22, 2024.



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 24-11602-EPK |
| JONATHAN CHADWICK INGRAM, | Chapter 11 |
| Debtor.<br>_____/ | |

**AGREED ORDER SUSTAINING IN PART AND OVERRULING IN PART DEBTOR'S FIRST OMNIBUS OBJECTIONS TO CLAIMS AS RELATED TO BETTY KHAN**
*(Cancels Evidential Hearing Scheduled for August 26, 2024 at 9:30 a.m.)*

THIS MATTER came on before the Court on July 10, 2024 at 1:30 p.m., upon the *Debtor's First Omnibus Objections to Claims* [ECF No. 72] (the "Objection"), and was subsequently set for evidentiary hearing pursuant to the *Order Setting Evidentiary Hearing* [ECF No. 122] and this Court having considered the basis for the Objection and noting the agreement of the parties, it is

**ORDERED** as follows:

1. Claim 2-1 of Betty Khan, which was filed as a priority unsecured claim of $2,322,271.29, is hereby reclassified as an allowed general unsecured claim in the amount of $774,090.43.

2. The evidentiary hearing scheduled on the Objection for August 26, 2024 at 9:30 a.m. is **CANCELLED**.

### 

**Submitted by:**

Christian Somodevilla, Esq.
LSS Law
2 S Biscayne Blvd., Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447
cs@lss.law

**Copies furnished to:**

Christian Somodevilla, Esq.

Attorney Somodevilla is directed to serve copies of this order on all interested parties and to file a certificate of service.