

**ORDERED in the Southern District of Florida on July 23, 2024.**

**Erik P. Kimball
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 24-11602-EPK |
| JONATHAN CHADWICK INGRAM, | Chapter 11 |
| Debtor. | |
| _____/ | |

### AGREED ORDER GRANTING DEBTOR'S AGREED *EX PARTE* MOTION TO CONTINUE CONFIRMATION HEARING AND TO EXTEND RELATED DEADLINES

THIS CAUSE came on before the Court upon the Debtor's Agreed *Ex Parte* Motion to Continue Confirmation Hearing and to Extend Related Deadlines [ECF No. 136] (the "Motion"), and the Court, noting the agreement of the Debtor, the Office of the United States Trustee, and the Subchapter V Trustee, having reviewed the Motion and the file, finding good cause to exist in granting the relief requested in the Motion, and being otherwise duly advised in the premises,

**ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The hearing(s) set by the Court's Order (I) Setting Hearing on Confirmation of Subchapter V Plan; (II) Setting Hearing on Fee Applications; (III) Setting Various Deadlines; and (IV) Describing Debtor's Obligations [ECF No. 84] (the "<u>Order Setting Confirmation Hearing</u>"), including the Confirmation Hearing and the hearing to consider approval of timely-filed fee applications, are continued to **September 25, 2024 at 2:00 p.m.** in Courtroom B, United States Bankruptcy Court, The Flagler Waterview Building, 8th Floor, 1515 North Flagler Drive, West Palm Beach, FL 33401 (the 'Continued Confirmation Hearing").

3. If confirmation is contested by any party in interest, all individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the confirmation hearing. Counsel must also review the presiding judge's page on the Court's website to verify any other requirements for confirmation hearings before that judge. All other interested parties may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser: https://zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

4. The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

5. The Debtor shall file and serve its Amended Plan of Reorganization, any Objection(s) to Claims, a fee application for Debtor's Counsel, and Notice Summarizing All Fee Applications on or before September 4, 2024.

6. The following deadlines apply with respect to all other deadlines for the Continued Confirmation Hearing and hearing on fee applications contained in the Order Setting Confirmation

Hearing:

| | |
|---|---|
| Deadline for Filing Objections to Confirmation (14 days before the confirmation hearing) | September 11, 2024 |
| Deadline for Filing Ballots Accepting or Rejecting Plan (14 days before the confirmation hearing) | September 11, 2024 |
| Deadline to File Motions Under Fed. R. Civ. P. 43(a) (7 days before the confirmation hearing) | September 18, 2024 |
| Deadline for Filing Proponent's Report and Confirmation Affidavit (3 business days before the confirmation hearing) | September 20, 2024 |
| Deadline for Filing Exhibit Register and Uploading Any Exhibits a Party Intends to Introduce into Evidence at confirmation hearing (3 business days before the confirmation hearing) | September 20, 2024 |

###

**Submitted by:**

Christian Somodevilla, Esq.
LSS Law
2 S Biscayne Blvd., Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447
cs@lss.law


**Copies furnished to:**

Christian Somodevilla, Esq.

Attorney Somodevilla is directed to serve copies of this order on all creditors and interested parties and to file a certificate of service.